JOSEPH YARCHOWER, an Infant, by His Guardian ad Litem, GUSSIE YARCHOWER, and GUSSIE YARCHOWER, Respondents, v. BARCLAY CHURCH CORPORATION, Appellant.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

GEORGE A. GLENDON, Appellant, v. CITY OF NEW YORK, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMA JOHNSON, Appellant.— Judgment reversed and the information dismissed. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.; Martin, P. J., and Merrell, J., dissent and vote for affirmance.

FREDERICK J. LEHMANN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Determination affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

EARL COPP, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ. [154 Misc. 33.]

MINNIE HARSCHER and Another, Respondents, v. HENRY HARTWELL, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

KENZIE TAGUCHI and Another, Respondents, v. NEW ERA CAB CORPORATION, Defendant, Impleaded with JAMES P. GILLESPIE, Appellant.— Judgment in so far as it directs judgment against the defendant, appellant, affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

ANNA SCHULTZ, Administratrix, etc., of STEPHEN DERESZEWSKI, Deceased, Respondent, v. EMPIRE BUTTER AND EGG COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

VERA MURRAY, Respondent, v. ALFRED POLGAR, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

ALFRED GAUDIOSI, Respondent, v. 37–43 WEST NINETY-THIRD STREET CORPORATION and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

HARRY BALDWIN, Appellant, v. PARK INN BATHS, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

CITY BANK FARMERS TRUST COMPANY, as Trustee under Deed of Trust Made by MARSTON T. MILLER, Dated August 2, 1926, Respondent, v. MARSTON T. MILLER, Appellant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.